UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALSTOM POWER INC., | : | Civil Action No.: 3:03CV243 |
| Plaintiff | : | (MRK) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant, Interpleader-Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| KBC BANK, NV, New York Branch, | : | |
| Interpleader-Defendant | : | October 21, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate that this action is voluntarily dismissed as to all parties, with prejudice, and without costs or attorneys' fees to any party.

THE PLAINTIFF,
ALSTOM Power Inc.


BY: _____

    Ben A. Solnit - Federal Bar No. ct00292
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    P.O. Box 1936
    New Haven, CT   06509-1910
    Tel. No.: 203.784.8200
    Fax. No.: 203.777.1181
    solnit@tylercooper.com

DEFENDANT,
INTERPLEADER-PLAINTIFF,
FEDERAL INSURANCE COMPANY,


BY: _____

    William F. Stewart
    Federal Bar No. ct24662
    Cozen O'Connor
    P.O. Box 800
    West Conshohocken, PA   19428-0800
    Tel. No.: 610.832.8356
    Fax. No.: 877.295.6879
    wstewart@cozen.com


THIRD PARTY,
INTERPLEADER-DEFENDANT,
KBC BANK, NV, New York Branch

BY: _____

    Michael D. O'Connell
    Federal Bar No. ct05299
    O'Connell, Flaherty & Attmore, LLC
    280 Trumbull Street
    Hartford, CT   06103
    Tel. No.: 860.548.1300
    Fax. No.: 860.548.0023
    moconnell@ofalaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 21st day of October, 2003,

to the following counsel of record:

Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
P.O. Box 608
Windsor Locks, CT   06096
Atty. for Federal Insurance Company.

William F. Stewart, Esq.
Carolann Dougherty, Esq.
Cozen O'Connor
P.O. Box 800
West Conshohocken, PA   19428-0800
Attys. for Federal Insurance Company.

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT   06103
Atty. for KBC Bank, NV.

Ben A. Solnit ct00292

3