UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALSTOM POWER INC., <br> Plaintiff | Civil Action No.: 3:03CV243 <br> (MRK) |
| v. | |
| FEDERAL INSURANCE COMPANY, <br> Defendant, Interpleader-Plaintiff | |
| v. | |
| KBC BANK, NV, New York Branch, <br> Interpleader-Defendant | October 21, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate that this action is voluntarily dismissed as to all parties, with prejudice, and without costs or attorneys' fees to any party.



| | |
|---|---|
| THE PLAINTIFF,<br>ALSTOM Power Inc.<br><br>BY: _____<br>Ben A. Solnit - Federal Bar No. ct00292<br>Tyler Cooper & Alcorn, LLP<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-1910<br>Tel. No.: 203.784.8200<br>Fax. No.: 203.777.1181<br>solnit@tylercooper.com | DEFENDANT,<br>INTERPLEADER-PLAINTIFF,<br>FEDERAL INSURANCE COMPANY,<br><br>BY: _____<br>William F. Stewart<br>Federal Bar No. ct24662<br>Cozen O'Connor<br>P.O. Box 800<br>West Conshohocken, PA 19428-0800<br>Tel. No.: 610.832.8356<br>Fax. No.: 877.295.6879<br>wstewart@cozen.com |

THIRD PARTY,
INTERPLEADER-DEFENDANT,
KBC BANK, NV, New York Branch

BY: _____
Michael D. O'Connell
Federal Bar No. ct05299
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Tel. No.: 860.548.1300
Fax. No.: 860.548.0023
moconnell@ofalaw.com

2

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been mailed this 21st day of October, 2003, to the following counsel of record:

Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
P.O. Box 608
Windsor Locks, CT  06096
Atty. for Federal Insurance Company.

William F. Stewart, Esq.
Carolann Dougherty, Esq.
Cozen O'Connor
P.O. Box 800
West Conshohocken, PA  19428-0800
Attys. for Federal Insurance Company.

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT  06103
Atty. for KBC Bank, NV.

_____
Ben A. Solnit ct00292